**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Harold G. AULT, Defendant-Appellant.**

**No. 14317.**

United States Court of Appeals
Sixth Circuit.

June 1, 1961.

Harold G. Ault, in pro. per.

John H. Reddy, U. S. Atty., Knoxville, Tenn., John C. Crawford, Jr., U. S. Atty., Ray L. Jenkins, Asst. U. S. Atty., Knoxville, Tenn., on brief, for appellee.

Before MARTIN, McALLISTER and O'SULLIVAN, Circuit Judges.

ORDER.

The above cause coming on to be heard on the briefs of the parties and it appearing that Harold G. Ault filed a petition to vacate sentences imposed under Title 28 U.S.C.A. § 2255 claiming as his ground for relief that he had been denied a speedy trial in violation of his constitutional rights, and it appearing that defendant entered a plea of guilty to all counts of the indictment on which he was charged, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the order of the District Court denying appellant's petition to vacate the sentences imposed on such plea of guilty be and is hereby affirmed. See United States v. Robinson, D.C.Ky., 143 F.Supp. 286.

**UNITED STATES of America,
Appellant,**

v.

**Dorrance D. RODERICK and wife, Olga B. Roderick, Appellees.**

**No. 18211.**

United States Court of Appeals
Fifth Circuit.

June 16, 1961.

John B. Jones, 1st Asst. Atty. Gen., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Atty., Washington, D. C., Russell B. Wine, U. S. Atty., San Antonio, Tex., Louis F. Oberdorfer, Asst. Atty. Gen., John B. Jones, Jr., Harry Baum, Gilbert E. Andrews, Jr., Attorneys, Department of Justice, Washington, D. C., Lawrence L. Fuller, Asst. U. S. Atty., El Paso, Tex., for appellant.

James S. Moore, R. H. Feuille, El Paso, Tex., Scott, Hulse, Marshall & Feuille, El Paso, Tex., for appellees.

Before HUTCHESON, RIVES and WISDOM, Circuit Judges.

PER CURIAM.

The judgment is reversed with directions to enter judgment for the defendant. See Knetsch v. United States, 1960, 364 U.S. 361, 81 S.Ct. 132, 5 L.Ed.2d 128; Weller v. C. I. R., 3 Cir., 1959, 270 F.2d 294.

Reversed with directions.